UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: KEYNONE JERMAINE TAYLOR | : CHAPTER 13 |
| GLENDA JOY TAYLOR | : |
| Debtor | : |
| | : |
| JACK N. ZAHAROPOULOS | : |
| STANDING CHAPTER 13 TRUSTEE | : |
| Movant | : |
| | : |
| KEYNONE JERMAINE TAYLOR | : CASE NO. 5-24-bk-03114 |
| GLENDA JOY TAYLOR | : |
| Respondent | : |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 8th day of January 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Debtor(s)' Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, the Debtor has excess non-exempt equity in the following:

   a. Injury or other claim
   b. Property held as tenants by the entireties to the extent of joint claims.

2. The Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:
   a. Need credit report.

WHEREFORE, Trustee alleges and avers that Debtor(s) Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor(s) Plan.
   b. Dismiss or convert Debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Agatha R. McHale
Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 8th day of January 2025, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

CHARLES LAPUTKA ESQUIRE
1344 WEST HAMILTON STREET
ALLENTOWN, PA 18102-

                /s/Tammy Life
                Office of Jack N. Zaharopoulos
                Standing Chapter 13 Trustee