United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Keynone Jermaine Taylor  
Glenda Joy Taylor  
    Debtors

Case No. 24-03114-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Jan 07, 2025     Form ID: ntcnfhrg     Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Keynone Jermaine Taylor, Glenda Joy Taylor, 156 Squirrelwood Ct, Effort, PA 18330-7746 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 07 2025 19:04:45 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5672854 | + | Email/Text: bk@avant.com | Jan 07 2025 18:46:00 | Avant / WebBank, 222 N La Salle St. Ste.1700, Chicago, IL 60601-1101 |
| 5672855 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 07 2025 18:46:00 | Barclays Bank Delaware, 125 S West Street, Wilmington, DE 19801-5014 |
| 5672856 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 07 2025 18:54:05 | Capital One Auto Finance, CB Disputes Team, PO Box 259407, Plano, TX 75025-9407 |
| 5674643 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 07 2025 18:54:05 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5672857 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2025 19:04:34 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5672858 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 07 2025 18:46:00 | Comenity Bank/LNBryant, PO Box 182789, Columbus, OH 43218-2789 |
| 5672859 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 07 2025 18:46:00 | ComenityCapital/Famous, PO Box 182120, Columbus, OH 43218-2120 |
| 5679902 | | Email/Text: mrdiscen@discover.com | Jan 07 2025 18:46:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5672860 | + | Email/Text: mrdiscen@discover.com | Jan 07 2025 18:46:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5672861 | ^ | MEBN | Jan 07 2025 18:45:47 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5672862 | + | Email/PDF: ebnotices@pnmac.com | Jan 07 2025 18:54:08 | PennyMac Loan Services LLC, Po Box 514387 M, Los Angeles, CA 90051-4387 |
| 5672863 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 07 2025 18:53:46 | Plus Finance, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 5672864 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2025 18:53:54 | Wawa/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5672865 | ^ | MEBN | Jan 07 2025 18:45:43 | Weltman Weinberg & Reis, 520 Walnut Street, Ste |

1355, Philadelphia, PA 19106-3602

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Charles Laputka | on behalf of Debtor 2 Glenda Joy Taylor claputka@laputkalaw.com<br>jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Charles Laputka | on behalf of Debtor 1 Keynone Jermaine Taylor claputka@laputkalaw.com<br>jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Keynone Jermaine Taylor, | Chapter    13 |
| **Debtor 1** | |
| Glenda Joy Taylor, | Case No.    5:24−bk−03114−MJC |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**February 13, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: February 20, 2025 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 7, 2025 |

ntcnfhrg (08/21)