Certificate Number: 17082-PAM-DE-039376484

Bankruptcy Case Number: 24-03114


17082-PAM-DE-039376484

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 25, 2025, at 1:06 o'clock PM MST, GLENDA J TAYLOR completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   February 25, 2025              By:     /s/Orsolya K Lazar

                                       Name:   Orsolya K Lazar

                                       Title:  Executive Director