Certificate Number: 17082-PAM-DE-039478967

Bankruptcy Case Number: 24-03114


17082-PAM-DE-039478967

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 24, 2025, at 6:33 o'clock PM MST, KEYNONE J TAYLOR completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   March 24, 2025              By:   /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director