# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Keynone Jermaine Taylor<br>Glenda Joy Taylor<br>      Debtor(s) | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br>      Moving Party<br>vs. | NO. 24-03114 MJC |
| Keynone Jermaine Taylor<br>Glenda Joy Taylor<br>      Debtor(s)<br>Jack N. Zaharopoulos<br>      Trustee | 11 U.S.C. Section 362 |

## CERTIFICATE OF CONCURRENCE

Debtor(s) have concurred with the request to withdraw the Motion for Relief.

Respectfully submitted,

**/s/ Matthew Fissel**
Matthew Fissel, Esquire
Attorneys for Movant/Applicant